<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

MarkWest Liberty Midstream         :
and Resources, LLC,               :
              Appellant       :
                                  :
          v.                 :
                                  :
Cecil Township               :     No. 1809 C.D. 2016
Zoning Hearing Board         :

## O R D E R

AND NOW, this 13th day of June, 2018, it is ORDERED that the above-captioned opinion filed March 23, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge